# In the United States Court of Federal Claims

|  |  |
|---|---|
| AARON DANIEL PAVICH _____ <br><br> Aaron Daniel Pavich, ambassador-at-large, & attourney in fact <br> **Plaintiff(s),** <br><br> v. <br><br> **THE UNITED STATES,** <br><br> **Defendant.** <br> US Department of State D-U-N-S 0447582233 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. __24-1880 C_____ <br><br> Judge _____ |

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

The Dept of State is a Federal agency under the jurisdiction of this court.

Received - USCFC

NOV 13 2024

A-5

## 2. PARTIES

Plaintiff, __AARON DANIEL PAVICH_____, resides at__20021 Brick Rd._____

(Street Address)

__South Bend, IN 46637_____, __(574)-378-8900_____

(City, State, ZIP Code)                        (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

## 3. PREVIOUS LAWSUITS. Have you begun other lawsuits in the United States Court of Federal Claims?     [ ] Yes [✔] No

If yes, please list cases: _____

_____

## 4. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

I am a noncitizen national due to one or more aspects of 8 USC 1408 applying to my life. I applied for a diplomatic passport on behalf of my diplomatic mission of helping Congress to correct the 14th Amendment in relation to their very sharp and biting words regarding it from the 90th Congress, Volume 113-Part 12. I am a member of a nonprofit international organization called The Amnesty Coalition and we seek to have the 14th Amendment corrected as having never been legally ratified, which was the wish of Congress for us to handle. I am also a national of The Nation of The Amnesty Coalition, which assists the United States with the lawful elimination of the 14th Amendment as well as helping to bring lawful money (gold and silver coins) back as a method of commercial exchange, rather than Federal Reserve Notes (which are negotiable instruments). I will attach a copy of the Explanatory Statement that was sent with the application as Exhibit A. I will also attach a copy of the denial letter from the Department of State as Exhibit B.

AARON DANIEL PAVICH paid all applicable fees in negotiable instruments payable to associated with acquiring a Diplomatic Passport as requested in form DS11 at UNITED STATES POSTAL SERVICE 424 S MICHIGAN ST. SOUTH BEND, IN 46601 Phone # (800) 275-8777. The US Department of State illicitly denied my passport application because they assumed that I was a 14th Amendment citizen which violated the Universal Code of Human Rights Article 15. In accordance with how the United States is defined in 28 USC § 3002(15) and described in UCC 9-307(h), I, as the agent, am not a citizen of the United States, nor a U.S. citizen, nor a U.S. person. Myself, as the agent, am not a 14th Amendment citizen. I have one or more points of 8 USC § 1408 that apply to me and I have been a national, but not citizen, since birth

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

Performance from the Department of State it issue a Diplomatic Passport without denial according to UCHR Article 15.

The bearer is a member of the family of Pavich. Ambassador-at-large for the Nation of The Amnesty Coalition

Rescission of any/all personal information from all federal databases including, but not limited to Name, Social Security Number, Addresses, and Phone Numbers

Compensatory/Liquidation/Incidental damages including Twenty Thousand Federal Reserve Notes.Quantum meruit Twenty Unites States customary units of Gold

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _25th_ day of _October_, _2024_.
        (day)           (month)        (year)

Without Prejudice UCC 1-308

Aaron Daniel Pavich, Attorney-in-Fact/Agent
                    Signature of Plaintiff(s)
Aaron Daniel Pavich, Agent/Attorney-in-Fact

A-7