# In the United States Court of Federal Claims

**No. 24-1880 C**

**Filed: April 24, 2025**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **AARON DANIEL PAVICH,** | \* | |
| **Plaintiff,** | \* | |
| | \* | **JUDGMENT** |
| **v.** | \* | |
| | \* | |
| | \* | |
| **THE UNITED STATES,** | \* | |
| **Defendant.** | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Pursuant to the court's Memorandum Opinion and Order, filed April 24, 2025, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.

Lisa L. Reyes
Clerk of Court

By: *Ashley Reams*
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.